IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'08 SEP 23 14:28USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 08-CR-422-JO |
| v. | **INDICTMENT** |
| DONTAE LAMONT PORTER, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(d) |
| Defendant. | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about July 29, 2008, in the District and State of Oregon, **DONTAE LAMONT PORTER**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) On or about January 19, 1994, in Multnomah County Circuit Court, State of Oregon, case number C9310-37062 for Assault I with a Firearm;

(2) On or about September 25, 1997, in Multnomah County Circuit Court, State of Oregon, case number C9611-38524, for Felon in Possession of a Firearm;

(3) On or about March 12, 2002, in Multnomah County Circuit Court, State of Oregon, case number 01-06-34240, for Assault III and Riot; and

(4) On or about November 13, 2006, in Multnomah County Circuit Court, State of Oregon, case number 050533120, for Felon in Possession of a Firearm and Delivery of Marijuana for Payment,

did knowingly and unlawfully possess one or more of the following firearms,

A F.I.E. Corp., model Titan, .25 caliber, semi-automatic handgun, serial number A30176,

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this indictment, defendant, **DONTAE LAMONT PORTER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and all ammunition involved in that offense, including without limitation:

    A F.I.E. Corp., model Titan, .25 caliber, semi-automatic handgun, serial number A3017.

Dated this 23 day of Sept, 2008.

                                A TRUE BILL

Presented by:

KARIN J. IMMERGUT
United States Attorney

FREDRIC N. WEINHOUSE, OSB #77386
Assistant United States Attorney

PAGE 2 - INDICTMENT