Ruben L. Iñiguez
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: ruben_iniguez@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-422-JO |
| Plaintiff, | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| vs. | |
| DONTAE PORTER, | |
| Defendant. | |

The defendant, Dontae Porter, through counsel, Ruben L. Iñiguez, and the plaintiff, United States of America, through counsel, Assistant U.S. Attorney Fredric N. Weinhouse, respectfully and jointly move the Court to enter an order continuing the date currently scheduled for sentencing in the above-captioned case for 90 days (*i.e.*, until December 16, 2009).  Sentencing is currently scheduled for September 17, 2009.

A 90-day continuance of the current sentencing hearing date is necessary so that the parties may determine, and convey to this Court for due consideration at sentencing, the result of the criminal proceedings currently pending in another related case, namely, *State of Oregon v. Jerrin L. Hickman*, Multnomah County Circuit Court, case number 08-12-35225.

RESPECTFULLY SUBMITTED this September 9, 2009.

/s/ Ruben L. Iñiguez
Ruben L. Iñiguez
Attorney for Defendant