

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

June 16, 2010

Clerk, United District Court
District of Oregon
1000 Southwest Third Ave, Rm 740
Portland, OR 97204-2802

Re: Transfer of Jurisdiction of Probation

Your Case No. CR08-422-01-JO

Assigned Our Case No. CR10-650-JHN

Case Title: USA -v- Dontae Lamont Porter

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Audrey B. Collins.

Please forward to this district court certified copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By Brent Pacillas
   Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

---

CR-25 (09/08)   TRANSMITTAL LETTER - PROBATION TRANSFER-IN

FILED '10 JUN 21 10:52 USDC-ORP

Case 2:10-cr-00650-JHN   Document 1   Filed 06/14/10   Page 1 of 1

| PROB 22 (Rev. 2/88) | FILED | DOCKET NO. (Trans Court) CR 08-422-01-JO |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NO. (Rec. Court) CR10-650 JHN |

2010 JUN 15 PM 3:18
CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY _____

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Oregon | DIVISION |
|---|---|---|
| Dontae Lamont Porter<br><br>Lancaster, California 93535 | NAME OF SENTENCING JUDGE<br>The Honorable Robert E. Jones | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/23/10 — TO 01/22/13 |

**OFFENSE**

Felon in Possession of a Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/21/10
Effective Date

*Robert E. Jones*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/14/2010
Effective Date

*Audrey B. Collins*
Chief   United States District Judge

Transfer of Jurisdiction (Prob 22-OR) (4/00)